IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARON JOHN BADILLO, | No. C 07-2477 WHA (PR) |
| Petitioner, | **EXTENSION OF TIME** |
| vs. | |
| JAMES A. YATES, Warden, | |
| Respondent. | |

Petitioner's motion for an extension of time to file his amended petition (document number 4 on the docket) is **GRANTED**. The amendment, if any, shall be filed by August 20, 2007. If it is not, this case will be dismissed.

**IT IS SO ORDERED.**

Dated: June 26, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.07\BADILLO477.EXT