IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARON JOHN BADILLO, | No. C 07-2477 WHA (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| vs. | |
| JAMES A. YATES, Warden, | |
| Respondent. | |

Because petitioner has not filed an amended petition within the time allowed to do so in the order dismissing the original petition with leave to amend, this case is **DISMISSED**. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: April    30   , 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.07\BADILLO477.DSM.wpd